# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149329(71)

MARK CLARK,
      Plaintiff-Appellant,

v

                                      SC: 149329
                                      COA: 309438

NATIONAL CITY BANK and PNC
BANK,
      Defendants-Appellees.
                                      Wayne CC: 10-006750-NO

_____/

      On order of the Court, the motion for reconsideration of this Court's November 25, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015


                                    Clerk

d0518